131

Submitted on record and briefs February 23, reversed and remanded for reconsideration March 27, 1996

In the Matter of the Compensation of
Cody L. Lambert, Claimant.

ROSEBURG FOREST PRODUCTS,
*Petitioner,*

*v.*

Cody L. LAMBERT,
*Respondent.*

(WCB 94-00599, 94-03943; CA A86570)

913 P2d 1390

Richard D. Barber, Jr., and Bostwick, Sheridan & Bronstein filed the brief for petitioner.

J. Michael Casey and Doblie & Associates waived appearance for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Employer seeks review of an order of the Workers' Compensation Board that awarded claimant a penalty under ORS 656.268(4)(g). Claimant, by letter, has conceded that the Board erred and that our decision in *SAIF v. Cline*, 135 Or App 155, 897 P2d 1172, *rev den* 321 Or 560 (1995), justifies reversal of the order. We accept that concession.

Reversed and remanded for reconsideration.